# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00082-GPG

ARTHUR JA GRIFFIN, JR.,

    Petitioner,

v.

STATE OF COLORADO,
LODO,
DENVER COUNTY,
STATE PROTECTED WITNESS,
DIRECTOR-COLO. COALITION FOR HOMELESS-PATH-PROGRAM, and
DENVER DISTRICT ATTORNEYS,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Petitioner has filed two Motions, ECF Nos. 5 and 6.  For the most part these Motions are nonsensical.  Furthermore, the only appropriate filings are those that comply with the January 13, 2015 Order.  The Motions, ECF Nos. 5 and 6, therefore, are denied.

Dated:  January 30, 2015