**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00082-LTB

ARTHUR JA GRIFFIN, JR.,

    Petitioner,

v.

[NO NAMED RESPONDENTS]

    Respondents.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Petitioner has filed three pleadings, ECF Nos. 11, 12, and 13, that appear to be requests to amend based on exculpatory evidence. The pleadings are nonsensical and provide no basis for reopening this action, which was dismissed on February 19, 2015. The pleadings, ECF Nos. 11, 12, and 13, therefore are denied.

Dated: March 4, 2015