# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00082-LTB

ARTHUR JA GRIFFIN, JR.,

    Petitioner,

v.

[NO NAMED RESPONDENTS]

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Petitioner has filed three pleadings, ECF Nos. 15, 16, and 17, that appear to be requests to amend based on exculpatory evidence.  The pleadings are nonsensical and provide no basis for reopening this action, which was dismissed on February 19, 2015. The pleadings, ECF Nos. 15, 16, and 17, therefore are denied. Any future nonsensical pleadings will be stricken.

Dated:  March 10, 2015